UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD ALLEN, CDCR # D-76353<br><br>                                    Plaintiff,<br><br>v.<br><br><br>RALPH DIAZ, et al.,<br><br>                                    Defendants. | Case No.:  21-CV-1188 JLS (JLB)<br><br>**ORDER DISMISSING ACTION** |

On June 28, 2021, Plaintiff Charles Edward Allen, a state prisoner proceeding pro se, filed a civil rights action (ECF No. 1), along with a Motion to Proceed In Forma Pauperis ("IFP") (ECF No. 2).

Plaintiff filed a previous action involving the same claims and same defendants on April 6, 2021.  *See Allen v. Diaz,* S.D. Cal. Civil Case No. 3:21-cv-00602-LAB-RBM ("*Allen I*").  A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue."  *Bias v. Moynihan,* 508 F.3d 1212, 1225 (9th Cir. 2007) (quoting *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)).

In *Allen I*, Plaintiff's Motion to Proceed IFP was denied on June 2, 2021, because he had not submitted a trust account statement in support of his IFP motion that included all his trust account activity and balances for the 6-month period preceding the filing of that action. *See Allen I*, ECF No. 5 at 3. Plaintiff was granted forty-five (45) days to file a renewed Motion to Proceed IFP that complied with 28 U.S.C. § 1915(a)(2). *Id.* at 4.

Plaintiff filed this action, which includes a Motion to Proceed IFP along with a trust account statement that complies with 28 U.S.C. § 1915(a)(2), within the timeframe permitted in the June 2, 2021, Order entered in *Allen I*. However, Plaintiff failed to label these pleadings with the proper case number and a separate action was opened. Thus, it appears that Plaintiff did not intend to file a new action but is, in fact, responding to the Order issued on June 2, 2021 in *Allen I*.

The Clerk of the Court is **DIRECTED** to administratively close this matter. This matter will not constitute a "strike" for 28 U.S.C. § 1915(g) purposes. Plaintiff is cautioned that in order to proceed in *Allen I*, he must comply with the Court's June 2, 2021, Order and correctly label all his future filings in *Allen I* with the proper case number.

**IT IS SO ORDERED.**

Dated: July 19, 2021

Hon. Janis L. Sammartino
United States District Judge